**United States Bankruptcy Court**
District of Delaware

**Voluntary Petition**

Name of Debtor (if individual, enter Last, First, Middle):
ProxyMed, Inc.

Name of Joint Debtor (Spouse) (Last, First, Middle):

All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):
MedAvant Healthcare Solutions

All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):

Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):
65-0202059

Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):

Street Address of Debtor.(No. and Street, City, and State):
1854 Shackleford Ct, Ste 200
Norcross, GA
ZIP CODE 30093

Street Address of Joint Debtor (No. and Street, City, and State):
ZIP CODE

County of Residence or of the Principal Place of Business:
Gwinnett County

County of Residence or of the Principal Place of Business:

Mailing Address of Debtor (if different from street address):
ZIP CODE

Mailing Address of Joint Debtor (if different from street address):
ZIP CODE

Location of Principal Assets of Business Debtor (if different from street address above):
ZIP CODE

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): ProxyMed, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: Not applicable | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: See attached Schedule 1 | Case Number: | Date Filed: |
| District: District of Delaware | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☑ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X ______________________________
Signature of Attorney for Debtor(s) (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________
(Name of landlord that obtained judgment)

______________________________
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

Name of Debtor(s):
ProxyMed, Inc.

**Signatures**

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________
Signature of Debtor

X ______________________
Signature of Joint Debtor

______________________
Telephone Number (if not represented by attorney)

______________________
Date

**Signature of Attorney***

X ______________________
Signature of Attorney for Debtor(s)
Michael R. Nestor
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Telephone: (302) 571-6600
and
Michael P. Richman
Mark Salzberg
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10005
July 23, 2008

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________
Signature of Authorized Individual
Peter E. Fleming, III
Printed Name of Authorized Individual
Interim Chief Executive Officer
Title of Authorized Individual
07/23/08
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________
(Signature of Foreign Representative)

______________________
(Printed Name of Foreign Representative)

______________________
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

______________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

______________________
Address

______________________

X ______________________

______________________
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**SCHEDULE 1**

Including the debtor in this chapter 11 case, the following affiliated debtors simultaneously have filed voluntary chapter 11 petitions in this Court. Contemporaneously with the filing of these petitions, such entities filed a motion requesting that their chapter 11 cases be consolidated for procedural purposes only and jointly administered.

ProxyMed, Inc.
ProxyMed Transaction Services, Inc.
ProxyMed Lab Services, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| PROXYMED TRANSACTION SERVICES, INC., *et al.*,[1] | ) | Case No. 08-_______ (____) |
| | ) | |
| | ) | (Joint Administration Requested) |
| Debtors. | ) | |

**EXHIBIT "A" TO VOLUNTARY PETITION[2]**

1. If any of the Debtor's securities are registered under Section 12 of the Securities and Exchange Act of 1934, the SEC file number is 000-22052.

2. The following financial data (which is consolidated among all the Debtors and certain non-debtor affiliates) is the latest available information on the Debtors' condition as of May 31, 2008.[3]

a. Total assets (Book Value) $15,727,743.00

b. Total debts (including debts listed in 2.c., below) $19,456,883.00

c. None of Debtor's debt obligations are held by more than 500 record holders.

d. As of May 31, 2008 the Debtor has 2,000 shares of preferred stock and 13,782,915 shares of common stock issued and outstanding.

e. The Debtor is a healthcare information technology company that facilitates the exchange of medical claims and clinical information among doctors, hospitals, labs, pharmacies and insurance payers.

---

1 The Debtors in these proceedings are: ProxyMed Transaction Services, Inc. f/k/a MedUnite, Inc. (Tax ID No. XX-XXX5613); ProxyMed, Inc. d/b/a MedAvant Healthcare Solutions (Tax ID No. XX-XXX2059); and ProxyMed Lab Services LLC f/k/a Key Communications Service, Inc. (Tax ID No. XX-XXX2059), each with a principal address of 1854 Shackleford Court, Suite 200, Norcross, GA 30093 and a mailing address of 1901 E. Alton Avenue, Suite 100, Santa Ana, CA 92705.

2 The following financial data shall not constitute an admission of liability by the Debtor. The Debtor reserves all rights to assert that any debt or claim listed herein as liquidated or fixed is in fact a disputed claim or debt. The Debtor also reserves all rights to challenge the priority, nature, amount or status of a claim or debt.

3 Excluding intercompany liabilities for the purposes of consolidated reporting herein.

3. The following persons directly or indirectly own, control, or hold, with power to vote, 5% or more of the voting securities of the Debtor:[4]

**ProxyMed, Inc.**
**5% Shareholders**

| Shareholder Name | Number of Shares |
|---|---|
| General Atlantic, LLC | 3,381,802 |
| Galleon Management LP | 2,151,214 |
| Laurus Master Fund Ltd. | 782,546 |

4 The determination that there were no other persons known to the Debtor to beneficially own 5% or more of the Debtor's voting securities was based on a review of all statements filed with the U.S. Securities and Exchange Commission with respect to the Debtor pursuant to Section 13(d) or 13(g) of the Securities Exchange Act of 1934, as amended, since the beginning of the Debtor's fiscal year.

## SECRETARY'S CERTIFICATE

The undersigned, Peter E. Fleming III, hereby certifies that:

1. I am the duly elected and acting Secretary of ProxyMed, Inc. d/b/a MedAvant Healthcare Solutions.

2. The following resolutions were adopted by the affirmative vote of a majority of the directors present at the time of the vote, at a duly called meeting, held on July 22, 2008, of the Board of Directors (the "***Board***") of ProxyMed, Inc. d/b/a MedAvant Healthcare Solutions, a Florida corporation (the "***Corporation***"), in which a quorum was present, in each case, in accordance with the Articles of Incorporation and by-laws of the Corporation:

**WHEREAS**, the Board has considered the financial condition and circumstances of the Corporation, including without limitation the assets and liabilities of the Corporation and its operational performance; and

**WHEREAS**, the Board has reviewed, considered, and received the recommendations of the senior management of the Corporation and the Corporation's professionals and advisors as to the relative risks and benefits of a chapter 11 bankruptcy proceeding; and

**WHEREAS**, based upon the recommendation of the Corporation's bankruptcy professionals and senior management, the Board has made an informed determination that, absent a viable alternative, it will be in the best interests of the Corporation, its shareholders, its creditors and other interested parties, to file a voluntary petition (the ***"Voluntary Petition"***) for relief under chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the ***"Bankruptcy Code"***).

**Filing of Voluntary Petition**

**NOW, THEREFORE, BE IT RESOLVED**, that, absent a viable alternative, the Board hereby finds, determines and concludes that it is desirable and in the best interests of the Corporation, its creditors, shareholders and other interested parties that the Voluntary Petition be filed by the Corporation seeking relief under the Bankruptcy Code and the filing of the Voluntary Petition is authorized hereby.

**Appointment of Authorized Officer**

**RESOLVED**, that the Interim Chief Executive Officer, President, Chief Operating Officer, and Interim Chief Financial Officer, or any one of them, and any other person designated and so authorized to act by any one of them (the "***Authorized Officer***") be, and hereby is, authorized on behalf of the Corporation to execute and verify the Voluntary Petition in the name of the Corporation under chapter 11 of the Bankruptcy Code, and to cause the same to be filed in a United States Bankruptcy Court in such form and at such time as the Authorized Officer shall determine.

**Actions by Authorized Officer**

**RESOLVED**, that the Board hereby authorizes and empowers the Authorized Officer to take such other actions at such time as he deems necessary, appropriate or desirable to cause the preparation and filing of the Voluntary Petition, schedules, statement of financial affairs, lists, pleadings and other papers or documents, and to take any and all actions which he deems necessary or proper for and on behalf of the Corporation to obtain relief under the Bankruptcy Code, including without limitation depositing the executed Voluntary Petition, schedules, statement of financial affairs, lists, pleadings and other papers or documents in the custody of the law firms of Foley & Lardner LLP ("***Foley & Lardner***") and Young Conaway Startgatt & Taylor, LLP ("***Young Conaway***"), to be held in trust until such time as the Authorized Officer instructs Foley & Lardner and/or Young Conaway, either orally or in writing, to file the Voluntary Petition and schedules, statement of financial affairs, lists, pleadings and other papers or documents; and it is

**RESOLVED FURTHER**, that if a chapter 11 case is commenced, the Authorized Officer be, and hereby is, authorized and empowered on behalf of, and in the name of, the Corporation to take such actions as he deems necessary, appropriate, advisable or desirable to pursue and maximize the benefits of the Corporation's restructuring in chapter 11, including without limitation: (i) making arrangements for postpetition financing and/or use of cash collateral for the Corporation in its chapter 11 case; (ii) pursuing and consummating any sale or sales of the Corporation's assets they deem necessary or appropriate; and (iii) developing, negotiating, confirming and performing under, a bankruptcy plan of reorganization or liquidation, and to negotiate, execute and deliver on behalf of the Corporation any and all agreements, instruments and related documents that, in the judgment and discretion of the Authorized Officer, are necessary, appropriate, advisable or desirable for consummating such financing or use of cash collateral, for pursuing and consummating such sale or sales of the Corporation's assets or for such development, negotiation and confirmation of, and performance under, such a bankruptcy plan of reorganization or liquidation, including without limitation executing credit agreements, asset purchase agreements, plans and related documents and granting any guarantees, pledges, mortgages and other security interests; and it is

**RESOLVED FURTHER**, that the Authorized Officer be, and hereby is, authorized to employ the law firms of Foley & Lardner, as general bankruptcy counsel to the Corporation, and Young Conaway, as local counsel to the Corporation, as well as the firm of Cain Brothers & Company, LLC ("***Cain Brothers***"), to represent and assist the Corporation in considering restructuring alternatives and in filing under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and, in connection therewith, the Authorized Officer is authorized to pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed appropriate applications for authority to retain the services of Foley & Lardner, Young Conaway and Cain Brothers; and it is

**RESOLVED FURTHER**, that the Authorized Officer be, and they hereby is, authorized to employ additional professionals, including without limitation any attorneys, financial advisors or consultants to the Corporation as the Authorized Officer deems necessary, appropriate, advisable or desirable to represent and assist the Corporation in considering restructuring alternatives and carrying out its duties under the Bankruptcy Code; and in connection therewith,

the Authorized Officer is hereby authorized to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed appropriate applications for authority to retain the services of such additional professionals; and it is

**RESOLVED FURTHER**, that the Authorized Officer (and such other officers of the Corporation as the Authorized Officer may from time to time designate) be, and hereby is, authorized and powered, in the name of, and on behalf of the Corporation: (a) to take or cause to be taken any and all such other and further action; (b) to do and perform, or cause to be done or performed, all such acts and things; (c) to negotiate, execute and deliver, or cause to be negotiated, executed or delivered, all such further papers, pleadings, documents and instruments of any type and description; and (d) to pay, or cause to be paid, any and all fees, charges and costs of any type or description, all of which may be, or may be deemed to be, necessary, appropriate, advisable or desirable to effect the purposes and intent of the foregoing resolutions, the necessity, propriety, advisability or desirability of which shall be conclusively evidenced by any such officer's taking, or causing to be taken, any such action, doing and performing, or causing to be done or performed, any such act or thing, executing and delivering, or causing to be executed and delivered, any such papers, pleadings, documents or instruments, or paying, or causing to be paid, any such fees, charges and costs; and the execution by any of such officers of any such papers, pleadings, documents or instruments, or the doing by any of them of any act or thing in connection with any of the matters or things contemplated by, arising out of or in connection with, or otherwise relating in any manner whatsoever, the subject of the resolutions set forth above, shall conclusively establish their authority therefor from the Corporation and the approval and ratification by the Corporation of any and all papers, pleadings, documents and instruments so executed and delivered, and any and all action so taken, done or performed.

**<u>Prior Related Acts</u>**

**RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and members of the Board, in the name and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

IN WITNESS WHEREOF, the undersigned has executed and delivered this Certificate this 23 day of July, 2008.

By: ______________________

Name: Peter E. Fleming, III

Its: Secretary

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PROXYMED TRANSACTION SERVICES, INC., *et al.*,[1] | ) | Case No. 08-______ (___) |
| | ) | |
| | ) | (Joint Administration Requested) |
| Debtors. | ) | |
| | ) | |

## CONSOLIDATED LIST OF CREDITORS HOLDING THE 20 LARGEST UNSECURED CLAIMS

ProxyMed Transaction Services, Inc. f/k/a MedUnite, Inc. ("PTS"), with ProxyMed, Inc. d/b/a MedAvant Healthcare Solutions ("ProxyMed") and ProxyMed Lab Services LLC f/k/a Key Communications Service, Inc. ("ProxyMed Lab", and together with PTS and ProxyMed, the "Debtors"), filed a voluntary petition in this Court for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. This list of creditors holding the twenty (20) largest unsecured claims (the "Top 20 List") has been prepared, on a consolidated basis, from the Debtors' books and records as of July 18, 2008.

The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 20 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty (20) largest unsecured claims.

The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtors. The information presented herein, including, without limitation (a) the failure of the Debtors to list any claim as contingent, unliquidated, disputed or subject to a setoff or (b) the listing of any claim as unsecured, does not constitute an admission by the Debtors that the secured lenders listed hold any deficiency claims, nor does it constitute a waiver of the Debtors' rights to contest the validity, priority, nature, characterization and/or amount of any claim.

---

[1] The Debtors in these proceedings are: ProxyMed Transaction Services, Inc. f/k/a MedUnite, Inc. (Tax ID No. XX-XXX5613); ProxyMed, Inc. d/b/a MedAvant Healthcare Solutions (Tax ID No. XX-XXX2059); and ProxyMed Lab Services LLC f/k/a Key Communications Service, Inc. (Tax ID No. XX-XXX2059), each with a principal address of 1854 Shackleford Court, Suite 200, Norcross, GA 30093 and a mailing address of 1901 E. Alton Avenue, Suite 100, Santa Ana, CA 92705.

| Rank | Name of creditor | Telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | | | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|---|---|
| | | | | CONTINGENT | UNLIQUIDATED | DISPUTED | |
| 1 | Coalition America, Inc. | Attn: Officer, General or Managing Agent<br>2 Concourse Parkway, Suite 300<br>Atlanta, GA 30328<br>(404) 250-4933 (fax) | Net working capital adjustment re sale of cost containment division | X | | X | $4,068,269.00 |
| 2 | WellPoint Health Networks | Attn: Officer, General or Managing Agent<br>P.O. Box 4173<br>Woodland Hills, CA 91365-4173<br>(818) 234-9966 (fax) | Notes | | | | $3,200,000.00 |
| 3 | UnitedHealth Group | Attn: Officer, General or Managing Agent<br>2918 Hermann St.<br>Milwaukee, WI 53207<br>(800) 842-1109 (fax) | Notes | | | | $2,800,000.00 |
| 4 | McKesson Corp. | Attn: Officer, General or Managing Agent<br>5995 Winward Parkway<br>Alpharetta, GA 30005<br>(404) 728-3944 (fax) | Notes | | | | $2,300,000.00 |
| 5 | Aetna, Inc. | Attn: Officer, General or Managing Agent<br>151 Farmington Avenue<br>Hartford, CT 06156<br>(860) 754-9122 (fax) | Notes | | | | $1,600,000.00 |
| 6 | CIGNA Corp. | Attn: Officer, General or Managing Agent<br>900 Cottage Grove Road<br>Hartford, CT 06152<br>(860) 726-7573 (fax) | Notes | | | | $1,600,000.00 |
| 7 | Health Net, Inc. | Attn: Officer, General or Managing Agent<br>21281 Burbank Blvd.<br>B3<br>Woodland Hills, CA 91367<br>(818) 676-6992 (fax) | Notes | | | | $1,600,000.00 |

[2] As noted above, the Debtors reserve their rights to dispute the claims on this schedule on any basis.

| Rank | Name of creditor | Telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | | | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|---|---|
| | | | | CONTINGENT | UNLIQUIDATED | DISPUTED | |
| 8 | Enclarity | Attn: Officer, General or Managing Agent<br>65 Enterprise<br>Aliso Viejo, CA 92656<br>(949) 330-6381 (fax) | Consulting Services / Trade Debt | | | | $170,625.00 |
| 9 | Oracle Corporation | Attn: Officer, General or Managing Agent<br>P.O. Box 71028<br>Chicago, IL 60694-1028<br>(866) 246-9533 (fax) | Software / Trade Debt | | | | $150,473.76 |
| 10 | Microsoft Licensing, GP | Attn: Officer, General or Managing Agent<br>P.O. Box 842467<br>Dallas, TX 75284-2467<br>(425) 936-7329 (fax) | Software / Trade Debt | | | | $137,600.52 |
| 11 | Hitachi Data Systems | Attn: Officer, General or Managing Agent<br>Credit Corporation<br>P.O. Box 99257<br>Chicago, IL 60693<br>(408) 988-0340 (fax) | IT / Trade Debt | | | | $108,090.80 |
| 12 | Vaco Atlanta LLC | Attn: Officer, General or Managing Agent<br>5410 Maryland Way, Suite 460<br>Brentwood, TN 37027<br>(678) 987-5061 (fax) | Consulting Services / Trade Debt | | | | $96,226.76 |
| 13 | Ppoone | Attn: Officer, General or Managing Agent<br>75 Remittance Drive, Ste 6980<br>Chicago, IL 60675-6980<br>(972) 447-6426 (fax) | IT / Trade Debt | | | | $94,100.05 |
| 14 | Comsys Services LLC | Attn: Officer, General or Managing Agent<br>P.O. Box 60260<br>Charlotte, NC 28260<br>(704) 770-0587 (fax) | IT / Trade Debt | | | | $93,047.50 |
| 15 | McKesson Information Solutions | Attn: Officer, General or Managing Agent<br>P.O. Box 98347<br>Chicago, Il 60693-8347<br>(404) 338-5123 (fax) | Vendor Communications / Trade Debt | | | | $92,124.74 |

| Rank | Name of creditor | Telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | | | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|---|---|
| | | | | CONTINGENT | UNLIQUIDATED | DISPUTED | |
| 16 | United Healthcare Insurance Co. | Attn: Officer, General or Managing Agent<br>22703 Network Place<br>Chicago, IL 60673-1227<br>(800) 842-1109 (fax) | Trade Debt | | | | $75,796.37 |
| 17 | Curtis, Mallet-Prevost, Colt & Mosle LLP | Attn: Officer, General or Managing Agent<br>P.O. Box 27930<br>New York, NY 10087-7930<br>(212) 697-1559 (fax) | Legal / Trade Debt | | | | $66,453.37 |
| 18 | Bowne of Atlanta, Inc. | Attn: Officer, General or Managing Agent<br>P.O. Box 101691<br>Atlanta, GA 30392-1691<br>(404)350-2001 (fax) | Public / Trade Debt | | | | $68,543.36 |
| 19 | CIT TECH #450-4822017-000 | Attn: Officer, General or Managing Agent<br>23896 Network Place<br>Chicago, IL 60673-1238<br>(973) 740-5087 (fax) | IT / Trade Debt | | | | $63,559.47 |
| 20 | UHY LLP, MI | Attn: Officer, General or Managing Agent<br>2311 Paysphere Circle<br>Chicago, IL 60674<br>(678) 401-0306 (fax) | Consulting Services / Trade Debt | | | | $57,030.08 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PROXYMED TRANSACTION SERVICES, INC., *et al.*,[1] | ) Case No. 08-______ (___) |
| | ) |
| | ) (Joint Administration Requested) |
| Debtors. | ) |
| | ) |

**DECLARATION CONCERNING THE DEBTORS' CONSOLIDATED LIST OF CREDITORS HOLDING THE 20 LARGEST UNSECURED CLAIMS**

I, Peter E. Fleming, III, Chief Executive Officer of ProxyMed Transaction Services, Inc. f/k/a MedUnite, Inc., a Delaware corporation, and an entity named as a debtor in these cases, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing Consolidated List of Creditors Holding the 20 Largest Unsecured Claims submitted herewith and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Date: July 23, 2008

PETER E. FLEMING, III
CHIEF EXECUTIVE OFFICER

[1] The Debtors in these proceedings are: ProxyMed Transaction Services, Inc. f/k/a MedUnite, Inc. (Tax ID No. XX-XXX5613); ProxyMed, Inc. d/b/a MedAvant Healthcare Solutions (Tax ID No. XX-XXX2059); and ProxyMed Lab Services LLC f/k/a Key Communications Service, Inc. (Tax ID No. XX-XXX2059), each with a principal address of 1854 Shackleford Court, Suite 200, Norcross, GA 30093 and a mailing address of 1901 E. Alton Avenue, Suite 100, Santa Ana, CA 92705.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| PROXYMED TRANSACTION SERVICES, INC., *et al.*,[1] | ) | Case No. 08-_______ (____) |
| | ) | |
| | ) | (Joint Administration Requested) |
| Debtors. | ) | |

**STATEMENT PURSUANT TO RULES 1007(a)(1), 107(a)(3) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedures, the Debtors state as follows:

1. ProxyMed Transaction Services, Inc. is a wholly-owned subsidiary of ProxyMed, Inc.

2. ProxyMed, Inc. is the sole member of ProxyMed Lab Services LLC.

3. ProxyMed, Inc.'s equity interests are owned by the parties listed on the attached Exhibit A.

---

[1] The Debtors in these proceedings are: ProxyMed Transaction Services, Inc. f/k/a MedUnite, Inc. (Tax ID No. XX-XXX5613); ProxyMed, Inc. d/b/a MedAvant Healthcare Solutions (Tax ID No. XX-XXX2059); and ProxyMed Lab Services LLC f/k/a Key Communications Service, Inc. (Tax ID No. XX-XXX2059), each with a principal address of 1854 Shackleford Court, Suite 200, Norcross, GA 30093 and a mailing address of 1901 E. Alton Avenue, Suite 100, Santa Ana, CA 92705.

# EXHIBIT A

Capital IQ

# ProxyMed Inc. (NasdaqGM:PILL) > Public Ownership > Detailed

**Customize View**

View: All Owners
Currency: US Dollar
Position Date: Latest Filing
Conversion Method: Historical

**Selected Positions:**
None

**Latest Holders**

| Holder | Common Shares Held | % Of CSO | Market Value (USD in mm) | Reported Options | Position Date1 |
|---|---|---|---|---|---|
| General Atlantic LLC | 3,381,802 | 24.536 | 1.1 | - | Apr-15-2008 |
| Galleon Management, L.P. | 2,151,214 | 15.608 | 0.7 | - | Mar-31-2008 |
| Laurus Funds Inc. | 782,546 | 5.678 | 0.3 | - | Dec-31-2007 |
| Falk, Michael Stewart (Former Director) | 464,614 | 3.371 | 0.2 | - | Aug-03-2007 |
| Dimensional Fund Advisors LP | 309,228 | 2.244 | 0.1 | - | Mar-31-2008 |
| The Vanguard Group, Inc. | 216,037 | 1.567 | 0.1 | - | Mar-31-2008 |
| Citadel Investment Group, L.L.C. | 90,253 | 0.655 | 0 | - | Mar-31-2008 |
| Corsair Capital Management, LLC | 89,700 | 0.651 | 0 | - | Mar-31-2008 |
| Renaissance Technologies Corp. | 78,000 | 0.566 | 0 | - | Mar-31-2008 |
| Lettko, John G. (Former Chief Executive Officer, President and Director) | 77,520 | 0.562 | 0 | 300,000 | Apr-15-2008 |
| GKM Advisers, LLC | 70,900 | 0.514 | 0 | - | Mar-31-2008 |
| California Public Employees' Retirement System | 66,816 | 0.485 | 0 | - | Mar-31-2008 |
| Barclays Global Investors | 64,944 | 0.471 | 0 | - | Mar-31-2008 |
| First New York Securities, L.L.C., Asset Management Arm | 60,000 | 0.435 | 0 | - | Mar-31-2008 |
| Hudak, James B. (Chairman, Member of Audit Committee and Member of Compensation Committee) | 49,200 | 0.357 | 0 | 4,667 | Apr-15-2008 |
| Wetherby Asset Management | 49,200 | 0.357 | 0 | - | Mar-31-2008 |
| Northern Trust Investments, National Association | 35,011 | 0.254 | 0 | - | Mar-31-2008 |
| Parsow Partnership Ltd. | 27,992 | 0.203 | 0 | - | Mar-31-2008 |
| Schwartz, Samuel R. (Director, Chairman of Audit Committee and Member of Corporate Governance & Nominating Committee) | 19,700 | 0.143 | 0 | 4,667 | Apr-15-2008 |
| Cramer Rosenthal McGlynn, LLC | 11,517 | 0.084 | 0 | - | Mar-31-2008 |
| Citigroup Inc., Asset Management Arm | 11,340 | 0.082 | 0 | - | Mar-31-2008 |
| State Street Global Advisors, Inc. | 11,081 | 0.08 | 0 | - | Mar-31-2008 |
| Cooperman, Edwin M. (Director, Chairman of Compensation Committee and Member of Corporate Governance & Nominating Committee) | 9,000 | 0.065 | 0 | 53,583 | Apr-15-2008 |
| Northern Trust Investments, N.A. | 8,386 | 0.061 | 0 | - | Mar-31-2008 |
| Credit Suisse Asset Management, LLC (BDL:012512805) | 6,300 | 0.046 | 0 | - | Mar-31-2008 |
| O'Dowd, Douglas J. (Former Chief Financial Officer, Principal Accounting Officer, Executive Vice President of Finance and Treasurer) | 1,685 | 0.012 | 0 | 47,328 | Nov-26-2007 |
| UBS Securities, Asset Management Arm | 1,445 | 0.01 | 0 | - | Mar-31-2008 |
| BlackRock Investment Management LLC | 800 | 0.006 | 0 | - | Mar-31-2008 |
| Barclays Global Investors Limited | 787 | 0.006 | 0 | - | Mar-31-2008 |
| RBC Asset Management Inc. | 500 | 0.004 | 0 | - | Mar-31-2008 |
| MTB Investment Advisors, Inc. | 500 | 0.004 | 0 | - | Mar-31-2008 |
| Merrill Lynch & Co. Inc., Asset Management Arm | 500 | 0.004 | 0 | - | Mar-31-2008 |
| Deutsche Investment Management Americas Inc. | 335 | 0.002 | 0 | - | Mar-31-2008 |
| Fidelity Management & Research Company | 100 | 0.001 | 0 | - | Mar-31-2008 |
| Geode Capital Management, LLC | 63 | 0 | 0 | - | - |
| Arnson, Eric D. (Chief Revenue Officer) | 0 | 0 | 0 | 21,384 | Nov-26-2007 |
| Fleming, Peter E. (Interim Chief Executive Officer, Executive Vice President, Secretary, General Counsel and Director) | 0 | 0 | 0 | 23,958 | Apr-15-2008 |

| | | | | | |
|---|---|---|---|---|---|
| Hardin, Lonnie W. (President and Chief Operating Officer) | 0 | 0 | 0 | 69,560 | Apr-15-2008 |
| Terry, Eugene R. (Director, Chairman of Corporate Governance & Nominating Committee and Member of Audit Committee) | 0 | 0 | 0 | 52,333 | Apr-15-2008 |
| Hayden, Gerard M. (Former Chief Financial Officer, Principal Accounting Officer, Executive Vice President and Treasurer) | 0 | 0 | 0 | 40,625 | Apr-15-2008 |

CSO denotes Common Shares Outstanding.
Reported Currency is the local currency of the equity listing.
Reported Options data is only available for Insiders.
Market value is calculated using the closing price 0.33 USD as of Jul-08-2008.
1Position Dates with no values represent an aggregate of the latest positions held by mutual funds under management by this institution. As these funds are not required to file their positions on concurrent dates, an explicit position date is not available.

Ownership data provided by Thomson Financial

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| PROXYMED TRANSACTION SERVICES, INC., *et al.*,[1] | ) | Case No. 08-_______ (____) |
| | ) | |
| | ) | (Joint Administration Requested) |
| Debtors. | ) | |

**DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS**

I, Peter E. Fleming, III, Chief Executive Officer of the above-captioned debtor, declare under penalty of perjury under the laws of the United States of America that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Dated: July 23, 2008

Name: Peter E. Fleming, III
Title: Chief Executive Officer

1 The Debtors in these proceedings are: ProxyMed Transaction Services, Inc. f/k/a MedUnite, Inc. (Tax ID No. XX-XXX5613); ProxyMed, Inc. d/b/a MedAvant Healthcare Solutions (Tax ID No. XX-XXX2059); and ProxyMed Lab Services LLC f/k/a Key Communications Service, Inc. (Tax ID No. XX-XXX2059), each with a principal address of 1854 Shackleford Court, Suite 200, Norcross, GA 30093 and a mailing address of 1901 E. Alton Avenue, Suite 100, Santa Ana, CA 92705.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PROXYMED TRANSACTION SERVICES, INC., *et al.*,[1] | ) Case No. 08-______ (___) |
| | ) |
| | ) (Joint Administration Requested) |
| Debtors. | ) |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the court to evaluate possible disqualification or recusal, the undersigned authorized agent for ProxyMed, Inc., one of the debtors in the above captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

General Atlantic LLC
Attn: John Mailolo
Three Pickwick Plaza
Greenwich, CT 06830

Galleon Management, L.P.
590 Madison Avenue, 34th Floor
New York, NY 10022

Date: July 23, 2008

By: Peter E. Fleming, III
Interim Chief Executive Officer

[1] The Debtors in these proceedings are: ProxyMed Transaction Services, Inc. f/k/a MedUnite, Inc. (Tax ID No. XX-XXX5613); ProxyMed, Inc. d/b/a MedAvant Healthcare Solutions (Tax ID No. XX-XXX2059); and ProxyMed Lab Services LLC f/k/a Key Communications Service, Inc. (Tax ID No. XX-XXX2059), each with a principal address of 1854 Shackleford Court, Suite 200, Norcross, GA 30093 and a mailing address of 1901 E. Alton Avenue, Suite 100, Santa Ana, CA 92705.