# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>PROXYMED TRANSACTION SERVICES, INC.,<br><br>Debtor. | ) | Chapter 11<br><br>Case No. 08-11551 (BLS) |
| In re:<br><br>PROXYMED, INC.,<br><br>Debtor. | ) | Chapter 11<br><br>Case No. 08-11553 (BLS) |
| In re:<br><br>PROXYMED LAB SERVICES LLC,<br><br>Debtor. | ) | Chapter 11<br><br>Case No. 08-11554 (BLS)<br><br>**Ref. Docket No. 3** |

## ORDER PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE DIRECTING JOINT ADMINISTRATION OF CASES

Upon the Debtors' Motion for Order Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Directing Joint Administration of Cases (the "Motion"), filed by ProxyMed Transaction Services, Inc. ("PTS"), ProxyMed, Inc. ("ProxyMed") and ProxyMed Lab Services LLC ("ProxyMed Lab") (collectively, the "Debtors," and each individually, a "Debtor"), by and through their undersigned counsel, seeking entry of an order directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only; and upon consideration of the Declaration of Peter E. Fleming III in Support of Chapter 11 Petitions and First Day Motions (the "First Day Declaration"); and the Court having jurisdiction pursuant to sections 157 and 1334 of Title 28 of the United States Code to consider the Motion and the relief requested therein; and venue being proper in this Court

pursuant to sections 1408 and 1409 of Title 28 of the United States Code; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their creditors, and all parties in interest; and the Court having heard the evidence and statements of counsel regarding the Motion and having determined that the legal and factual bases set forth in the Motion and in the First Day Declaration establish just cause for the relief granted herein, it is therefore

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, the above-captioned chapter 11 cases shall be consolidated for administrative purposes only and jointly administered as Case No. 08-11551; and it is further

**ORDERED** that the following caption shall be used for all pleadings filed in the above-referenced cases:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PROXYMED TRANSACTION SERVICES, INC., *et al.*,[1] | ) | Case No. 08-11551 (BLS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

and it is further

**ORDERED** that a docket entry shall be made in each of the above-referenced cases substantially as follows:

[1] The Debtors in these proceedings are: ProxyMed Transaction Services, Inc. f/k/a MedUnite, Inc. (Tax ID No. XX-XXX5613); ProxyMed, Inc. d/b/a MedAvant Healthcare Solutions (Tax ID No. XX-XXX2059); and ProxyMed Lab Services LLC f/k/a Key Communications Service, Inc. (Tax ID No. XX-XXX2059), each with a principal address of 1854 Shackleford Court, Suite 200, Norcross, GA 30093 and a mailing address of 1901 E. Alton Avenue, Suite 100, Santa Ana, CA 92705.

"An Order has been entered in this case under Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of ProxyMed Transaction Services, Inc., ProxyMed, Inc. and ProxyMed Lab Services LLC. The docket of ProxyMed Transaction Services, Inc., Case No. 08-11551, should be consulted for all matters affecting this chapter 11 case."

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion; and it is further

**ORDERED** that this Court shall retain jurisdiction over with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
July 24, 2008

Brendan L. Shannon
United States Bankruptcy Judge